715 A.2d 429

Donald L. MYERS, M.D. and Cynthia Jackson

v.

NATIONWIDE INSURANCE COMPANY.

Petition of Cynthia JACKSON.

Cynthia JACKSON, Petitioner,

v.

NATIONWIDE INSURANCE COMPANY, Respondent.

Supreme Court of Pennsylvania.

Aug. 20, 1998.

## ORDER

PER CURIAM:

AND NOW, this 20th day of August, 1998 we **GRANT** the Petition for Allowance of Appeal limited to the following issue:

DID THE SUPERIOR COURT ERR IN HOLDING THAT PETITIONER HAD TO SHOW THAT HER AUTOMOBILE ACCIDENT WAS A SUBSTANTIAL FACTOR IN CAUSING THE INJURY THAT NECESSITATED HER LATEST SURGERY, FOR WHICH FIRST PARTY MEDICAL BENEFITS WERE DENIED, OR WAS DEMONSTRATION OF A CAUSAL CONNECTION SUFFICIENT?